IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 09-150-1 |
| v. | : | CIVIL ACTION NO. 14-1017 |
| MAHLI GRAY | : | |

**<u>ORDER</u>**

AND NOW, this 19th day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Petitioner Mahli Gray's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Document 77) is DENIED. There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability. The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.