IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 09-150 |
| | : | |
| MAHLI GRAY | : | |

## **ORDER**

AND NOW, this 20th day of November, 2020, upon consideration of Defendant Mahli Gray's "Pro Se Motion for Urgent Disposition of Home Confinement and/or Bond Pending the Supreme Court's Decision in *Borden v. United States*" and the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 109) is DENIED without prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.